IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ENGINEERED GLASS WALLS INC., <br><br> Defendant. _____/ | No. C 06-02407 CRB <br><br> **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |

  This is an ERISA action for recovery of unpaid contributions, liquidated damages, interest, and attorneys' fees and costs. Now pending before the Court is plaintiffs' motion for summary judgment. Although defendant has answered the complaint, and has filed an opposition to plaintiffs' motion for a temporary restraining order, he has not filed a written opposition to the motion for summary in accordance with the Local Rules.

  After carefully considering the papers filed by plaintiffs, the Court concludes that the undisputed evidence entitles to plaintiff to judgment in the total amount of $407,778.34. This amount consists of $321,704.86 in unpaid contributions, $71,388.11 in liquidated damages, $8,774.37 in interest, $5,596.00 in attorneys' fees, and $315.00 in costs. The Court

//

//

1  will enter judgment accordingly.
2  **IT IS SO ORDERED.**
3
4  Dated: June 9, 2006
5                                                                    _____
                                                                    CHARLES R. BREYER
                                                                    UNITED STATES DISTRICT JUDGE